# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

V.

**TROY S. RUSSELL**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-0525

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about September 26, 2017, in the Southern District of Indiana defendant did,

Count 1 – knowingly receive child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
TFO Darin Odier, FBI

Sworn to before me, and subscribed in my presence

March 30, 2018                                                      at   Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                              **Signature of Judicial Officer**

## AFFIDAVIT

I, Darin Odier, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department. I am also a cross-designated Task Force Officer assigned to the Federal Bureau of Investigation (FBI) Indianapolis Violent Crimes Against Children Task Force.

2. **Experience**: I have over 29 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended and presented at the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as

1

information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing search warrants, the affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that fruits, evidence and instrumentalities of a crime are located in the search locations described below.

5. **Requested action:** I request the Court to issue a Criminal Complaint and Arrest Warrant charging **Troy S. Russell** (hereinafter, **"Russell"**) with knowingly receiving materials containing numerous visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2).

6. **Relevant Statute**:

a. 18 U.S.C. 2252(a)(2), in pertinent parts, prohibits and person from knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

2

## **PROBABLE CAUSE**

### A. **Background of the Investigation:**

7. On June 26, 2017, I received information concerning a child exploitation investigation. I learned that Individual 1 (redacted) of Indianapolis, Indiana, was molesting his three year old daughter, Minor Child 1. I also learned that Individual 1 produced videos and photographs of himself engaging in sexually explicit conduct with Minor Child 1, and that Individual 1 was sharing those images over various social media platforms on the Internet. Law enforcement conducted a search warrant on Individual 1's residence and ultimately arrested Individual 1. Individual 1 was indicted in the Southern District of Indiana on July 11, 2017 for, among other things, sexual exploitation of a minor, distribution and receipt of child pornography, and possession of child pornography.

### B. **Identification of Individual 2:**

8. During the course of the investigation into Individual 1, investigators learned that Individual 1 was using multiple email accounts (including Email Address A (redacted)), online storage accounts and social network accounts to distribute and receive images of child pornography, including that of Minor Child 1. Law enforcement was able to recover portions of online communications between Individual 1 and others through multiple online platforms.

9. On February 28, 2017, Individual 1 posted a thread on Craigslist entitled "Looking for real taboo perv porn buddy." On that thread, Individual 1

3

posted an image and stated, "I'm down not sure but that looks like my daughter." Given the context of the thread and knowing that Individual 1 distributed sexually explicit images of Minor Child 1 in multiple online platforms, I believe that it is probable that the image posted by Individual 1 in the Craigslist thread is a sexually explicit image of a child.

10. An unnamed individual (Individual 2) responded to Individual 1's Craigslist post, stating "I've got about 2hrs of vids like that." Individual 2 has a Craigslist user ID/email of XXXXXXXX@pers.craigslist.org (redacted). During the course of the thread, Individual 2 identifies his/her email address as Email Address B (redacted), which also contained the name Individual 2 (redacted).

11. Federal search warrants was executed on many of the accounts used by Individual 1, including Email Address A. In Email Address A, I was able to see the image sent in the Craigslist thread described above, which I describe as follows:

   a. c9515001-2c9c-4891-8309-64042c1db673.jpg: This is an image of an adult penis pressed against the exposed vaginal area of a minor child.

12. Also in Email Address A, I was able to see another Craigslist post dated June 4, 2017. In that post, Individual 2 tells Individual 1 "I reallyvwanna hang again" and Individual 1 responds, "I wanna chill soon too!" I know from my training and experience that people that are sexually attracted to children and who produce and/or collect child pornography often seek other like-minded people online and in person to further their collections and sexual gratification.

4

13. Results of an open source records search for Individual 2 and Email Address B reveal the same profile picture. A search of IMPD incident reports shows Individual 2, W/M, DOB \*\*/\*\*/1981 with an address in Indianapolis, Indiana. The incident report includes a picture of Individual 2. I recognize Individual 2 to be the same person in the profile picture associated with Email Address B.

14. I also located a public Facebook page for an individual named Individual 2 under the Facebook username "FB User 1" (redacted). I reviewed photographs on the public Facebook page for FB User 1 and believe them to be the same male identified in the photographs above identified as Individual 2.

15. Federal search warrants were executed on the email account Email Account B and the Facebook account for username FB User 1.

16. The search warrant return for Email Account B revealed the February 28, 2017 Craigslist thread described above, including the conversation between Individual 1 and Individual 2 and the image that was shared by Individual 1 (c9515001-2c9c-4891-8309-64042c1db673.jpg). Email Account B also contained multiple images (selfies) of the same white male sent to others via email. In reviewing those selfies, I recognize them to be Individual 2.

17. The Facebook search warrant return for username FB User 1 also contains multiple "selfies" that Individual 2 sent to others. In reviewing those selfies, I recognize them to be Individual 2. The verified cell phone number associated with the Facebook account for FB User 1 is Individual 2's cellular telephone, XXX-XXX-3567.

5

18. During the course of the investigation, a search warrant was also executed on Individual 1's Facebook account. The search warrant return revealed a March 2017 Facebook messenger conversation between Individual 1 and a person known to me (Witness 2). In the conversation, Witness 2 accuses Individual 1 of molesting his biological relative and having child pornography. Witness 2 further claims in the conversation to have screen shots of conversations involving child pornography between Individual 1 and an individual named "Individual 2".

19. Witness 2 states, "Im gonna need you to bring me some dope or money or im taking the screen shots saved pages videos and conversation with your buddy [Individual 2] to the police" and "Jp you have child porn and in this conversation mention molesting your daughter".

20. The search warrant also revealed an April 2017 Facebook messenger conversation between Individual 1 and a person known to me (Witness 3), where they discuss the accusations made by Witness 2, described above. Witness 3 sends Individual 1 a compilation of screenshots that Witness 2 had sent Witness 3. In the screenshots, I can see a conversation between Individual 1 and Individual 2, which includes a profile picture. I recognize the person in the profile picture for Individual 2 as the Individual 2 described above.

21. In those screenshot conversations, Individual 1 and Individual 2 discuss sexual activity with children. Individual 2 sends two videos to Individual 1 that, based on my training and experience and given the context of the conversation, are likely videos of child pornography. Individual 2 also states that

he is "Watching taboo porn...I'm talking to a new young buddy that's into the same stuff as us. I've got so many more vids now".

22. Furthermore, in a June 4, 2017 Craigslist post sent from Email Account B, Individual 2 says, "...ive got a lot of video to watch. Real stuff, young, incest,daddy daughter n stuff."

23. On August 29, 2017, Individual 1 identified a photo of Individual 2 to law enforcement. Individual 1 further stated that Individual 1 and Individual 2 met on Craigslist and that Individual 1 sent Individual 2 the image on Craigslist described above (c9515001-2c9c-4891-8309-64042c1db673.jpg). Individual 1 further stated that Individual 1 and Individual 2 met in person on at least two occasions to get high and watch videos of child pornography provided by Individual 2 on a thumb drive and laptop computer.

24. The Facebook search warrant return for FB User 1 also contained Facebook messenger conversations between Individual 2 and others. In a September 9, 2017 message, a person asks Individual 2 what his address is and Individual 2 responds with "I2 Subject Residence" (redacted).

25. On October 3, 2017, conducted surveillance on the area of I2 Subject Residence and observed Individual 2 exit the residence.

26. On October 28, 2017, I was notified by Postal Inspector Suzanne Rossman that Individual 2 was no longer receiving mail at I2 Subject Residence, leading me to initially believe Individual 2 may have moved.

27. In multiple Facebook conversations, Individual 2 provided his cellular telephone number XXX-XXX-3567 to others. On December 11, 2017,

7

requested and received a warrant for precision location information for the cellular telephone with call number XXX-XXX-3567. Over three weeks, I received and reviewed location information of that cellular telephone number hundreds of times. Based on my training and experience, this location information is frequently accurate within 7-15 meters. Based on Individual 2's known employment location, family location and overall patterns, I believed Individual 2 was still residing at I2 Subject Residence during that time.

28. On January 18, 2018, I and assisting officers executed a federal search warrant at Individual 2's Residence. Individual 2 was located in the residence, in his bedroom. I observed a Samsung Galaxy phone (Phone 1) on Individual 2's bed. An additional Samsung cell phone (Phone 2) was also seized pursuant to the warrant.

29. I escorted Individual 2 to an interview room in a mobile forensic vehicle. I read Individual 2 his rights pursuant to *Miranda v. Arizona*, which Individual 2 acknowledged understanding. In an interview recorded with audio and video, Individual 2 stated his email address is Email Address C (redacted), provided his cell number of XXX-XXX-3567 and a passcode to his Galaxy cell phone. This is the same cell number for which I requested and received a precision location search warrant.

30. Individual 2 further stated that he previously possessed a thumb drive that contained images and videos of child pornography. Individual 2 stated he used his Samsung Galaxy cell phone to record child pornography videos from the thumb drive, while they played on a TV monitor. Individual 2 stated that

8

some of the videos were in his Google account. Individual 2 signed a consent form authorizing law enforcement to access and take control of Google account of Email Address C. I accessed the Google account, specifically the Google photos folder. I observed multiple videos of toddler and prepubescent children engaged in sexually explicit conduct. These videos of child pornography appeared to have been recorded by using a device to record a TV monitor. I showed Individual 2 the videos and Individual 2 acknowledged recording them from a TV monitor using his Samsung Galaxy phone.

### C. Identification of Troy S. Russell

31. **Russell's Cell Phone/Subject Phone 3**[1]: On September 26, 2017, Individual 2 distributed file yng_-_10yo_boy_rides_a_man_001.mp4 to the telephone assigned telephone number 317-281-5337 ("Subject Phone 3"), with service (currently) provided by Verizon Wireless. The file is a video of a prepubescent boy, naked, laying on top of a naked adult male. The penis of the adult is anally penetrating the boy. Based on my training and experience, I believe the above described file is child pornography. After receiving files of child pornography, the user of Subject Phone 3 (later identified as **Russell**) responded, "Hell yea U got more?"

32. During an interview, Individual 2 identified the user of Subject Phone 3 as "Troy". Individual 2 stated, among other things, that he initially met

---

[1] The United States previously sought authority to obtain location information for 317-281-5337 and referred to it in that application as Subject Phone 3.

9

Troy in early 2016, and that he knows Troy lives in the Brownsburg area and works at I70 and Post Road in Indianapolis.

33. Individual 2 further stated that he has met with "Troy" approximately 10 times and received a thumb drive of child pornography from "Troy" during 1 of their meetings.

34. In Individual 2's phone contacts, telephone number 317-281-5337 ("Subject Phone 3") is listed under "Troy".

35. With consent, I searched the email account of Individual 2 for Subject Phone 3. A May 21, 2016 email from "Troy Russell" to Individual 2 reads, "Right on man, no worries, and I had a great time and I also look forward to hanging out again soon my number is 317-281-5337" (Subject Phone 3).

36. A search of Individual 2's email account for "Troy Russell" showed a July 4, 2016 email from TroyRussell@holtconstruction.com. I know that Holt construction is located in the immediate area of I70 and Post Road in Indianapolis, Indiana.

37. I located Indiana Bureau of Motor Vehicle (BMV) records for **Troy Scott Russell**, DOB 01-12-**** (redacted), with an address of 124 Brixton Woods West Dr., Pittsboro, IN 46167. I showed Individual 2 a BMV photo of **Troy S. Russell**, and Individual 2 identified the photo as the person he knows as "Troy".

### EXECUTION OF SEARCH WARRANTS FOR RUSSELL'S PERSON, RESIDENCE, VEHICLE, AND DEVICES ON OR WITHIN RUSSELL's CONTROL

38. On May 29, 2018, the Honorable Mark J. Dinsmore, United States Magistrate Judge, Southern District of Indiana, authorized the execution of

Search Warrants for **Troy S. Russell**'s Person, Russell's Residence located at 124 Brixton Woods West Dr., Pittsboro, Indiana, 46167-8934, and Russell's vehicle.

39. On May 30, 2018, I and other officers executed the above search warrants.

40. During the execution of the search warrants at Russell's Residence, I and another law enforcement officer encountered Russell, and interviewed him. I escorted **Russell** to an interview room in a mobile forensic vehicle. I read **Russell** his rights pursuant to *Miranda v. Arizona*, which **Russell** acknowledged understanding. The interview was recorded with audio and video.

41. During the consensual interview, **Russell** admitted that Subject Phone 3, (described above and using phone number 317-281-5337), was his assigned work cellular phone while he was employed at Holt Construction. According to **Russell**, he no longer works at Holt Construction, and had tendered Subject Phone 3 to his former employer before leaving his employment. According to **Russell**, while he worked at Holt Construction, he routinely viewed videos constituting child pornography on Subject Phone 3, but deleted the videos so that his employer wouldn't discover them.

42. According to **Russell**, he met Individual 2 (described above) via Craigslist. After meeting via Craigslist, **Russell** and Individual 2 met in person on several occasions. During some of those meetings, **Russell** and Individual 2 used narcotics, viewed videos of child pornography, and Individual 2 performed oral intercourse on **Russell**. According to **Russell**, Individual 2 first showed

11

**Russell** videos of child pornography. **Russell** became sexually aroused by the videos and masturbated to them.

43. According to **Russell**, Individual 2 distributed videos of child pornography to **Russell** at **Russell**'s request, and onto **Russell**'s tablet. According to **Russell**, although he still possesses the tablet, **Russell** has since deleted the videos of child pornography.

44. Agents showed **Russell** text messages between **Russell** and Individual 2 described in Paragraph 31. **Russell** admitted to receiving the file yng_-_10yo_boy_rides_a_man_001.mp4 (described above) and asking Individual 2 for more child pornography. **Russell** claimed that his statements in the text messages to Individual 2 regarding having sex with a 14-year-old girl was a fantasy. **Russell** admitting to masturbating to the child pornography videos he received from Individual 2.

45. Agents recovered devices from **Russell** during the execution of the search warrants. Those devices are being forensically reviewed.

46. Additionally, agents recovered a recording device disguised as a key FOB on **Russell**'s key chain. **Russell** admitted to using the recording device to surreptitiously record strangers he encounters whom he finds to be sexually attractive.

47. **Troy S. Russell** is a white male, date of birth XX-XX-1986, (redacted but known to this affiant), with a height 6'0", weight 160 lbs., black hair, and brown eyes.

48. **Interstate and Foreign Commerce**: Subject Phone 3 was an IPhone manufactured outside the State of Indiana.

49. **Conclusion**: Based upon the foregoing, your affiant requests this Court to issue an Arrest Warrant and Criminal Complaint charging **Troy S. Russell** with knowingly receiving visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2).

*[signature]*
Darin Odier
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 30th day of May, 2018.

*[signature]*
The Honorable Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana