UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:18-mj-0525 |
| | ) | |
| TROY S. RUSSELL, | ) | - 01 |
|     Defendant. | ) | |

**COURTROOM MINUTE FOR JUNE 5, 2018**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.  Defendant appeared in person and by CJA counsel Thomas Brodnik.  Government represented by AUSA Tiffany Preston.  USPO represented by Jamie Roberts.

Defendant waived his right to a preliminary hearing in open court and probable cause found.

Government moved to withdraw its oral motion for pretrial detention and defendant ordered released.

Counsel jointly moved for release of the Pretrial Services Report.  The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Date:  6/7/18

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system